[No. 7480–6–I. Division One. June 2, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS
CHARLES ANDERSON, *Appellant.*

Appeal from judgments of the Superior Court for King
County, Nos. 78183, 83912, 88217, Jack P. Scholfield, Frank
D. Howard and Jack P. Scholfield, JJ., entered March 16,
1979, February 1, 1978, and March 16, 1979. *Affirmed* by
unpublished opinion per Callow, C.J., concurred in by
James and Dore, JJ.

[No. 3901–II. Division Two. June 2, 1980.]

DUANE O'LEARY, ET AL, *Appellants,* v. JACK A.
SCHERER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 270746, Stanley W. Worswick, J., entered Jan-
uary 12, 1979. *Affirmed* by unpublished opinion per Petrie,
J., concurred in by Reed, C.J., and Petrich, J.

[No. 7598–5–I. Division One. June 2, 1980.]

WILLIAM T. BUFKIN, *Appellant,* v. LARRY HOLZERLAND,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 78–2–03049–0, John F. Wilson, J.,
entered April 6, 1979. *Affirmed* by unpublished opinion per
Durham–Divelbiss, J., concurred in by James, A.C.J., and
Swanson, J.